# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Munilla Construction Management, LLC ) | ASBCA No. 60664 |
| ) | |
| Under Contract No. W912EP-13-C-0008 ) | |

APPEARANCE FOR THE APPELLANT:     Karl Dix, Jr., Esq.
     Smith, Currie & Hancock LLP
     Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
     Joshua R. Holmes, Esq.
     B. Seth Johnson, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 October 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60664, Appeal of Munilla Construction Management, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals